MARY H. SCHWAB, Respondent, v. FRANK S. HYATT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

ELI UGOVITCH, Respondent, v. OHIO FARMERS' INSURANCE COMPANY OF LE ROY, OHIO, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the ruling of the trial court at folios 602 and 603 was erroneous, and that the evidence received under that ruling was manifestly to the great prejudice of the defendant. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

DAVID J. WAGNER, as Referee, Plaintiff, v. VOLKIAN REALTY CORPORATION, Defendant.— Section 1279 of the Code of Civil Procedure provides that " The parties to a question in difference, which might be the subject of an action, being of full age, may agree upon a case, containing a statement of the facts, upon which the controversy depends; and may present a written submission thereof to a court of record, which would have jurisdiction of an action, brought for the same cause." A condition precedent to a valid submission is that the question in difference might be the subject of an action. The question submitted to this court is not the subject of an action and can be properly raised only upon a motion in the action for partition pending in the Supreme Court. (*Crane* v. *Robinson*, 19 Misc. Rep. 40; *Miller* v. *Collyer*, 36 Barb. 250.) The proceeding is, therefore, dismissed, without costs, and without prejudice to an application for the same relief, to be made by motion in the court where the action for partition is pending. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

HENRY WINDSOR, SR., and HENRY WINDSOR, JR., Appellants, v. MOLLOY & MURRAY CONTRACTING COMPANY, Respondent, and Others, Defendants. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER, Appellant — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respondent, v. THOMAS O. THACHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas and Mills, JJ., concurred; Putnam and Kelly, JJ., dissented and voted to reverse the judgment and order appealed from and to grant a new trial, for the reason that the learned trial justice erred in excluding the letter written by defendant to plaintiff's purchasing agent before the execution of the contract (Exhibit C for identification), which letter is specifically referred to in the written contract as " Contractor's quotation to the Purchasing Agent of March 31st, 1915," upon the ground that such letter is admissible, not to vary or contradict the written contract, but to supply a patent omission as to the quantity of material to be furnished (*Emmett* v. *Penoyer*, 151 N. Y. 567, and cases there cited; *Cooper* v. *Payne*, 186 id 334.)